UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Docket No. 4:04-CR-35-1H

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Thomas Kendrick Wilson** | ) | |

On November 2, 2004, Thomas Kendrick Wilson appeared before the Honorable Malcolm J. Howard, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Felon in Possession of a Firearm, 18 U.S.C. § 922 (g)(1) & 924, was sentenced to the custody of the Bureau of Prisons for a term of 84 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Thomas Kendrick Wilson was released from custody and the term of supervised release commenced on October 16, 2009.

From evidence presented at the revocation hearing on August 11, 2011, the court finds as a fact that Thomas Kendrick Wilson, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 12 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 11th day of August, 2011.

_____
Malcolm J. Howard
Senior U.S. District Judge